DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| vs. | ) | |
| | ) | UNLAWFUL TAKING OF |
| STEVEN JOHN NOWATAK, | ) | WILDLIFE |
| | ) | |
| Defendant. | ) | Vio.  16 U.S.C. § 3 |
| | ) | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

1.  Title 36 Code of Federal Regulations Section 2.2(a)(1) prohibits the taking of wildlife in a national park area except where specifically permitted by Federal law. Under Title 36 Code of Federal Regulations Section 13.21(d), hunting in Katmai National Preserve is allowed, and governed by applicable Federal and non-conflicting State law and regulations.  Non-conflicting State law and regulations are adopted and incorporated by reference to the Federal law and regulations under Title 36 Code of Federal

Regulations Sections 2.2(b)(4) and 13.48.

2. Title 5 Alaska Administrative Code Section Section 85.020(a)(8) provides that brown bears can only be taken during an open season, and there was no open season in July or August 2004 in the area of Katmai National Preserve, which is included in State Game Management Unit 9C. Title 5 Alaska Administrative Code Section 92.220(a)(2) provides that it is unlawful to fail to salvage for human use the skull and hide of a bear after taking a brown bear.

3. On or about the 20th day of July, 2004, in the District of Alaska, the defendant, STEVEN JOHN NOWATAK, knowingly and unlawfully killed two brown bears within the confines of Katmai National Preserve, and left the bears without salvaging the skull and hide.

All in violation of Title 36, Code of Federal Regulations Sections 1.3(a), 2.2(a)(1) and 13.21(d) .

RESPECTFULLY SUBMITTED on May 1, 2006

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel.: (907) 271-5071
Fax: (907) 271-1500
Email: bryan.schroder@usdoj.gov