M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0046-JDR<br><br>**MOTION ON SHORTENED TIME FOR ORDER FOR TRANSPORTATION FROM KOKHANOK TO ANCHORAGE, ALASKA** |

　　　　Defendant, Steven John Nowatak, by and through friend of the court M. J. Haden, Staff Attorney, requests an order for non-custodial transportation from his home in Kokhanok, Alaska, to Anchorage, Alaska, to attend his arraignment in the above-styled case scheduled for June 7, 2006, at 10:30 a.m.  Mr. John requests an order directing the United States Marshals Service to provide transportation for him on or before June 7, 2006.  This motion is made pursuant to 18 U.S.C. § 4285, and is based on the defendant's indigency and the attached affidavit.

DATED this 1st day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden