UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:06-cr-0046-JDR |
| vs. | |
| STEVEN JOHN NOWATAK, | **PROPOSED ORDER OF TRANSPORTATION** |
| Defendant. | |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Motion for Transportation, the court GRANTS the motion. It is hereby ordered that the United States Marshals Service is directed to provide non-custodial transportation for Steven John Nowatak (DOB 01/08/79) from Kokhanok, Alaska, to Anchorage, Alaska, on or before June 7, 2006, for his arraignment scheduled for June 7, 2006, at 9:30 a.m. The order is issued pursuant to 18 U.S.C. § 4285.

DATED June _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge