M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>        Defendant. | Case No. 3:06-cr-0046-JDR<br><br>**AFFIDAVIT OF M. J. HADEN** |

STATE OF ALASKA            )
                                   ) ss.
THIRD JUDICIAL DISTRICT  )

       M. J. Haden, being first duly sworn upon oath, deposes and states:

       1.     I am an attorney for the Office of the Federal Public Defender.

       2.     On May 30, 2006, I was contacted by Mr. Steven Nowatak regarding a summons to appear in federal court in Anchorage, Alaska.  Mr. Nowatak stated that he lives in Kokhanok, Alaska.  Mr. Nowatak advised that he had insufficient funds to purchase an airline ticket in order to comply with the summons.

3. Mr. Nowatak provided the following information regarding his financial status: Mr. Nowatak currently is unemployed. He last worked approximately one month ago as temporary labor for the Kokhanok Village Council. He earned approximately $100. He is periodically hired to work in the Village Council labor pool as projects become available, but the availability of jobs is sporadic.

4. Mr. Nowatak is single and has no dependants. He has no checking or savings accounts. He has approximately $200 cash on hand. He received the Alaska Permanent Dividend Fund last year and owns between 10 to 20 shares in the Bristol Bay Native Corporation. He receives a quarterly a dividend of about $20.

5. Mr. Nowatak owns no real property; however, he does own his house. The land his house is built upon is owned by the Bristol Bay Native Association. He does not own any motor vehicles, snow machines, four wheelers or boats.

6. Mr. Nowatak reported his only liability is about $500 that he owes to Birchwood Air.

7. Birchwood Air is the primary air service for the Village of Kokhanok. They offer non-stop travel from Kokhanok. A one-way ticket from Kokhanok to Anchorage is $185. Flight time is approximately 1 hour 45 minutes. The only flight leaves Kokhanok at 12:00 p.m. The only return flight leaves Anchorage at 10:00 a.m. Thus, Mr. Nowatak will be required to stay overnight in Anchorage for two nights.

8. I believe that Mr. Kokhanok is indigent and cannot afford to pay for an airline ticket to Anchorage to make his court appearance. Therefore, Mr. Kokhanok

requests that the court order the United States Marshals Service to provide non-custodial travel pursuant to 18 U.S.C. § 4285.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 1st day of June, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

*United States v. Moses Alfred John*
Case No. 3:06-cr-0044-JDR
Affidavit of M. J. Haden – Page 3