Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>Defendant. | NO. 3:06-cr-0046-JDR<br><br>**MOTION TO VACATE ORDER GRANTING EMERGENCY MOTION FOR TRANSPORTATION**<br><br>*(Filed on Shortened Time)* |

The defendant, STEVEN JOHN NOWATAK, through counsel, moves to vacate this Court's Order (Docket No. 6) granting his Emergency Motion for Transportation (Docket No. 4).

Mr. Nowatak resides in Kokhanok, Alaska. Travel from Kokhanok to Anchorage requires at least one overnight stay. At the current time, Mr. Nowatak is indigent and cannot afford to purchase transportation from Kokhanok to Anchorage. In order to conserve economic resources, Mr. Nowatak has concurrently filed a request that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure.

DATED this 5th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on June 5, 2006,
a copy of the **Motion to Vacate Order Granting Emergency Motion for Transportation** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter