UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-cr-0046-JDR |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING MOTION TO VACATE ORDER GRANTING EMERGENCY MOTION FOR TRANSPORTATION (DOCKET NO. 6)** |
| STEVEN JOHN NOWATAK, | |
| Defendant. | |

After due consideration of the defendant's Motion to Vacate Order Granting Emergency Motion for Transportation (Docket No. 6), the motion is GRANTED. The Order at Docket No. 6 is hereby VACATED.

DATED this _____ day of June 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE