Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>    Defendant. | NO. 3:06-cr-0046-JDR<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1.      I am an Assistant Federal Defender with the Federal Public Defender's Office, District of Alaska.

2.      On June 1, 2006, I filed an Emergency Motion for Transportation From Kokhanok to Anchorage, Alaska (Docket No. 4), which Judge Roberts granted on June 5, 2006 (Docket No. 6).

3.      Today Sue Ellen Tatter, Assistant Federal Defender, as friend of the court, is filing an Unopposed Motion for Defendant to Appear Telephonically at

Misdemeanor Arraignment.  Consequently, the Order granting the Motion for Transportation (Docket No. 6) should be vacated.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M.J. Haden

SUBSCRIBED AND SWORN to before me this 5th day of June 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008