Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN JOHN NOWATAK,<br><br>　　　　　Defendant. | NO. 3:06-cr-0046-JDR<br><br>**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR TELEPHONICALLY AT MISDEMEANOR ARRAIGNMENT**<br><br>*(Filed on Shortened Time)* |

　　　　Defendant STEVEN JOHN NOWATAK, by friend of court Sue Ellen Tatter, Assistant Federal Defender, moves this court on shortened time to proceed with Mr. Nowatak's arraignment in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. This motion is filed on shortened time because Mr. Nowatak's arraignment is scheduled for June 7, 2006, at 10:30 a.m.

　　　　Mr. Nowatak resides in Kokhanok, Alaska. Travel from Kokhanok to Anchorage requires at least one overnight stay. At the current time, Mr. Nowatak is indigent and cannot afford to purchase transportation from Kokhanok to Anchorage. In order to conserve economic resources, Mr. Nowatak requests that he be allowed to appear telephonically for the misdemeanor arraignment.

This motion is made pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure and is supported by the attached affidavit of counsel.

Assistant United States Attorney Bryan D. Schroder is unopposed to this request.

Mr. Nowatak has been sent a consent to appear telephonically, which will be filed with the court upon its return to the Office of the Federal Public Defender.

Mr. Nowatak is concurrently filing a motion to vacate the Order (Docket No. 6) granting his Emergency Motion for Transportation From Kokhanok to Anchorage, Alaska (Docket No. 4).

DATED this 5th day of June 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on June 5, 2006,
a copy of the **Unopposed Motion for Defendant to Appear Telephonically at Misdemeanor Arraignment** was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter