UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STEVEN JOHN NOWATAK,<br><br>        Defendant. | NO. 3:06-cr-0046-JDR<br><br>**PROPOSED ORDER GRANTING TELEPHONIC PARTICIPATION** |

After due consideration of defendant's motion for defendant to appear telephonically at his arraignment, the court GRANTS the motion. Mr. Nowatak is to call (907) _____ at 10:30 a.m. on June 7, 2006.

DATED this _____ day of _____ 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE