Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>Defendant. | NO. 3:06-cr-0046-JDR<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

M. J. Haden, being first duly sworn upon oath, deposes and states:

1. I am an Assistant Federal Defender with the Federal Public Defender's Office, District of Alaska.

2. I was contacted by Mr. Nowatak regarding a summons to appear in federal court in Anchorage, Alaska.  Mr. Nowatak relayed the following information concerning his location and financial status.

3. Mr. Nowatak stated that he lives in Kokhanok, Alaska. Mr. Nowatak advised that he had no funds to purchase an airline ticket in order to comply with the summons.

4. Mr. Nowatak currently is unemployed. He has no checking or savings accounts. He has no cash on hand.

5. I believe that Mr. Nowatak is indigent and cannot afford to pay for an airline ticket to Anchorage to make his court appearance. Mr. Nowatak requests that he be allowed to appear telephonically for his arraignment on June 7, 2006.

6. On June 1, 2006, I filed an Emergency Motion for Transportation From Kokhanok to Anchorage, Alaska (Docket No. 4), which Judge Roberts granted on June 5, 2006 (Docket No. 6).

7. Mr. Nowatak is concurrently filing a motion to vacate the Order (Docket No. 6) granting his Emergency Motion for Transportation From Kokhanok to Anchorage, Alaska (Docket No. 4).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED AND SWORN to before me this 5th day of June 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008