MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __STEVEN JOHN NOWATAK__    CASE NO. __3:06-cr-00046-JDR__
Defendant: _X_ Present-Telephonic _X_ On Summons

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ROBIN M. CARTER_____

UNITED STATES' ATTORNEY: _____BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY: _____SAMUEL FORTIER - APPOINTED_____

U.S.P.O.: _____PAULA MCCORMICK_____

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION HELD 6/7/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:28 a.m. court convened.

_X_ Copy of Information given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: __Stephen Nowatak__

_X_ Federal Public Defender to appoint CJA counsel; FPD notified.

_X_ PLEA: Not guilty to count __1 of the Information__

_X_ Bond set at __Own Recognizance__

_X_ Pretrial motions due __6/27/06__; meet and confer by __6/16/06.__

_X_ OTHER: Court and counsel heard re consent to proceed telephonically. Defendant to sign and send form back to be filed with the court. Defense counsel to mail Order Setting Conditions of Release and Personal Recognizance Orders to the defendant for signature and file with the Court once signed. Court and counsel heard re government counsel's oral motion to amend the Information to correct the spelling of the defendant's name; **GRANTED.**

At 10:51 a.m. court adjourned.

DATE: __June 7, 2006__    DEPUTY CLERK'S INITIALS: __rc__