IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 3:06-cr-0046-JDR <br> vs. ) <br> ) <br> STEVEN JOHN NOWATAK, ) **NOTICE OF FILING DEFENDANT'S** <br> ) **CONSENT TO PROCEED** <br> Defendant. ) **TELEPHONICALLY** <br> ) | |

Defendant, Steven John Nowatak, by and through his attorney, Fortier & Mikko, P.C., hereby gives notice of defendant's filing of his Consent to Proceed Telephonically, attached hereto.

DATED this 19th day of June, 2006 at Anchorage, Alaska

> FORTIER & MIKKO, P.C.
> Attorneys for Defendant
>
> s/ Samuel J. Fortier
> 101 West Benson Blvd., Suite 304
> Anchorage, AK  99503
> Phone:  (907) 277-4222
> Fax:  (907) 277-4221
> E-mail: sfortier@fortmikk.alaska.com
> AK Bar No.  8211115

CERTIFICATE OF SERVICE

I CERTIFY that on the 19th day of June, 2006, a copy of the foregoing
Notice of Filing and Consent to Proceed Telephonically
were served electronically on Bryan Schroder, Asst. U.S. Attorney

s/ Samuel J. Fortier

1