Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN JOHN NOWATAK,<br><br>Defendant. | NO. 3:06-cr-0046-JDR<br><br>**CONSENT TO PROCEED TELEPHONICALLY** |

STEVEN JOHN NOWATAK, pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, petitions the court to proceed with all proceedings in the above-captioned matter without the defendant's physical presence, but with his telephonic appearance. Defendant consents to the court proceeding without his physical presence and by his telephonic presence alone. Defendant currently resides in Kokhanok, Alaska.

_Steven John Nowatak_
STEVEN JOHN NOWATAK
Defendant

_6/19/06_
Dated