IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )  Case No. 3:06-cr-0046-JDR<br>  )<br>STEVEN JOHN NOWATAK,  )<br>  )  **NOTICE OF FILING**<br>Defendant.  )**PERSONAL RECOGNIZANCE ORDER**<br>_____  ) | |

COMES NOW, Stephen J. Nowatak, through counsel, and hereby files his Personal Recognizance Order, signed and acknowledged.

DATED this 26th day of June, 2006 at Anchorage, Alaska

FORTIER & MIKKO, P.C.
Attorneys for Defendant

s/ Samuel J. Fortier
101 West Benson Blvd., Suite 304
Anchorage, AK  99503
Phone:  (907) 277-4222
Fax:  (907) 277-4221
E-mail: sfortier@fortmikk.alaska.com
AK Bar No.  8211115

CERTIFICATE OF SERVICE

I CERTIFY that on the 26th day of
June, 2006, a copy of the foregoing
(Personal Recognizance Order) was served electronically on

Bryan Schroder, Asst. U.S. Attorney

s/ Samuel J. Fortier

1