IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br>Steven John Nawatak<br><br>_____Defendant._____ | )<br>)<br>)<br>)<br>)<br>)<br>) | PERSONAL RECOGNIZANCE ORDER<br><br>Magistrate Case No. _____<br><br>Criminal Case No. 3:06-cr-00046-JDR<br><br>Violation Notice No. _____/AL____ |

    The defendant above named is hereby released on his/her personal recognizance and promises to appear before a United States Magistrate Judge and/or in the United States District Court for the District of Alaska at Anchorage, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions given or issued by a United States Magistrate Judge or United States District Court to which the defendant may be removed or cause transferred; **that the defendant is not to depart the State of Alaska or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after the defendant has appeared in such other district pursuant to the terms of this bond**, except in accordance with such orders or warrants as may be issued by a United States Magistrate Judge or United States District Court for the District of Alaska or the United States District Court for such other district; that the defendant is to abide by any judgment entered in such matter by surrendering him/herself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe; **that upon being released on bail the defendant is required to keep his/her attorney, that court, and the United States Attorney's office advised of his/her current mailing and residential address, and telephone contact number.**

    If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this ~~bond, then this bond is to be void. It is agreed and understood that this is a continuing bond which shall continue~~ in full force and effect until such time as the bond is duly exonerated.

    This bond is <u>SIGNED</u> on this _____ day of _____, 20_____ at Anchorage, Alaska, by the undersigned who acknowledges that he/she has read the bond and that he/she is informed that the penalties applicable to the conditions of defendant's release to result from the failure to appear as ordered or any violation of the conditions set forth herein, are:

    **A warrant for defendant's arrest will be issued immediately upon such violation; a second criminal case for bail jumping may be instituted by the United States Attorney against the defendant, and if the defendant is released in connection with a felony charge or while awaiting sentencing, or pending appeal or certiorari after conviction, the penalty is a fine of not more than $5,000.00 or five years imprisonment, or both; if released on a misdemeanor the penalty is a fine of not more than that provided for the misdemeanor or imprisonment up to one year or both.**

**CONTINUED ON THE REVERSE SIDE**

Rec'd 6-19-06

In support of my request for Personal Recognizance Release, I am providing the following information:

Stephen J Nowatak
Full Name PRINTED

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
Social Security Account Number

Mother's 907-282-2205
Home Telephone Number

___
Work Telephone Number

P.O Box 1026
Complete Mailing Address (include zip code)

Kokhanok AK 99606
Complete Residential Address (if different from mailing address)

___
Name of Employer

___
Telephone Number of Employer

___
Address of Employer

___
Driver's License Number

___
Issued by (State)

**I certify the above information to be true and correct:**

Stephen John Nowatak
Signature of Defendant

Approved this __19th__ day of __June__, 20_06_

John D. Roberts
U.S. DISTRICT/MAGISTRATE JUDGE

**The following should be notified of any change of address:**
Clerk, U.S.D.C., 222 W. 7th Ave., #4, Anchorage, AK 99513-7564
United States Attorney, 222 W. 7th Ave., #9, Anchorage, AK 99513-7567

# UNITED STATES DISTRICT COURT

_____ District of Alaska _____

United States of America

V.

___Steven John Nowatak___
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 3:06-cr-00046-JDR

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) ___As ordered___
Place

_____ on _____
Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($ _____ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION: COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

    (Name of person or organization) _____

    (Address) _____

    (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                      Signed: _____ _____
                                Custodian or Proxy            Date

(✓) (7) The defendant shall:

    (✓)(a) report to the **U.S. Pretrial Services Office once a week**, telephone number **907-456-0266 / 1-800-478-0268**.

    ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: _____

    ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____

    ( )(d) execute a bail bond with solvent sureties in the amount of $ _____.

    ( )(e) maintain or actively seek employment.

    ( )(f) maintain or commence an education program.

    ( )(g) surrender any passport to: _____

    ( )(h) obtain no passport.

    (✓)(i) abide by the following restrictions on personal association, place of abode, or travel:
        **Not leave State of Alaska without prior written consent of U.S. District Court Judge or Magistrate Judge, District of Alaska.**

    ( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____

    ( )(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

    ( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

    ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

    ( )(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.

    (✓)(o) refrain from ( ) ~~any~~ ( ) excessive use of alcohol.

    ( )(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

    ( )(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

    ( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

    ( )(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

    ( )(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ t _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

    ( )(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

    ( )(v) _____

    ( )(w) _____

    ( )(x) _____

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Stephen John Nanuatuk_
Signature of Defendant

_P.O. Box 1026_
Address

_Kokhanok AK 99606_                     _907-282-2205_
City and State                             Telephone

## Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____

_____
Signature of Judicial Officer

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL