AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

**RECEIVED**
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00046-JDR |
| STEPHEN JOHN NOWATAK | |

IMONED to appear before the United States District Court at the place, date and time set forth below.  Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | Room<br>6 |
|---|---|
| Before: Magistrate Judge John D. Roberts | Date and Time<br>6/7/2006 at 10:30 a.m. |

To answer a(n)
[] Indictment   [XX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 16 United States Code, Section(s) 3

Brief description of offense:
UNLAWFUL TAKING OF WILDLIFE - Count 1

| Ida Romack, Clerk of Court | May, 3, 2006, at Anchorage, Alaska |
|---|---|
| Signature of Issuing Officer | Date and Location |
| ] redacted signature  Deputy Clerk<br>          Issuing Officer | |

NOTICE:  If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1] May 23rd, 2006   Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Telephoned subject and ~~Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable~~ ST. ~~age and discretion then residing therein and~~ mailed a copy of the summons to the defendant's last known address. ~~Name of person with whom the summons was left:~~ ST -
Green card was signed by Stephan John Nowatak on 5/30/06.

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: June 19, 2006   *Randy M Johnson*
Date                          Name of United States Marshal

*Scott Taylor*
(by) Deputy United States Marshal
National Park Service
Special Agent.

Remarks:

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Stephen John Nowatak

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Stephen J Nowatak_   ☐ Agent   ☒ Addressee

B. Received by (Printed Name): Stephen Nowatak   C. Date of Delivery: 5/30/06

D. Is delivery address different from item 1? ☐ Yes   ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer...)

PS Form

35-02-M-1540