MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA  vs.  STEPHEN JOHN NAWATAK 

THE HONORABLE JOHN D. ROBERTS    CASE NO.  3:06-CR-00046-JDR 

Deputy Clerk

 Dan Maus 

PROCEEDINGS:  ORDER FROM CHAMBERS [CRIMINAL TRIAL BY COURT]

     The above matter is hereby set for trial by court on Wednesday, August 23, 2006  at 9:30 a.m. before Judge Roberts at Anchorage, Alaska.  One hour has been reserved for purposes of completing this trial.  Counsel are expected to have pre-trial matters resolved no later than seven (7) days before trial.  Any unresolved pre-trial matters shall be called to Judge Singleton's attention by the applicant no later than seven (7) days prior to trial.

     The defendant(s) shall file any notice of intent to change plea by close of business August 18, 2006  and shall immediately notify this court's case management clerk at (907)677-6123.

DATED:  Jul7 31, 2006      DEPUTY CLERK'S INITIALS:  dm