Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
Attorneys for Steven J. Nowatak
101 W. Benson Blvd., Suite 304
Anchorage, AK 99503
Telephone: (907) 277-4222
Facsimile: (907) 277-4221
E-Mail: sfortier@fortmikk.alaska.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cr-0046-JDR |
| vs. ) | |
| STEVEN JOHN NOWATAK, ) | |
| Defendant. ) | **NOTICE OF INTENT TO CHANGE PLEA** |

COMES NOW, Steven Nowatak, through counsel, and hereby gives notice of his intent to change plea in the above-referenced matter. This notice of intent is timely filed.

RESPECTFULLY SUBMITTED this 18th day of August, 2006, at Anchorage, Alaska

                              FORTIER & MIKKO, P.C.
                              Attorneys for Defendant
                              s/ Samuel J. Fortier
                              101 West Benson Blvd., Suite 304
                              Anchorage, AK 99503
                              AK Bar No. 8211115
                              sfortier@fortmikk.alaska.com

CERTIFICATE OF SERVICE

I CERTIFY that on the 18th day of August, 2006, a copy of the foregoing Intent to Change Plea was served electronically on

Bryan Schroder, Asst. U.S. Attorney

s/ Samuel J. Fortier

FORTIER & MIKKO, P.C. A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221

2