M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>STEVEN JOHN NOWATAK,<br><br>            Defendant. | Case No. 3:06-cr-0046-JDR<br><br>**NOTICE OF REMOVAL FROM ELECTRONIC SERVICE** |

      Defendant, Steven John Nowatak, by and through counsel M. J. Haden, Staff Attorney, hereby requests the court no longer electronically serve pleadings in the above-captioned case on M. J. Haden.  Samuel Fortier is the attorney of record in this matter.

///

///

///

DATED this 22nd day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden