(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00046-JDR Magistrate Judge/~~Judge~~: John D. Roberts

Title    U.S.A.

vs.    Stephen John Nowatak

Dates of Hearing/~~Trial~~: August 25, 2006

Deputy Clerk/Recorder: Caroline Edmiston / Suzannette David

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | Samuel Fortier |
|  |  |
|  |  |

--------------------------------------EXHIBITS--------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X |  | copy of plea agreement |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |