```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   STEPHEN JOHN NOWATAK      CASE NO. 3:06-CR-00046-JDR
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       SUZANNETTE DAVID

UNITED STATES ATTORNEY:      BRYAN SCHRODER

DEFENDANTS ATTORNEY:         SAMUEL FORTIER

U.S.P.O.:                    TIM ASTLE

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 11/02/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:23 a.m. court convened.

Jean Marie Epping sworn and testified on behalf of the plaintiff.

Kenneth Douglas Day sworn and testified on behalf of the plaintiff.

Court and counsel heard re sentencing recommendations.

 X Notice of Appeal form given to defense counsel.

 X Court stated findings/reasons pursuant to sentencing guidelines.

 X Defendant placed on probation for a period of  1  year under
    the usual terms and conditions with special conditions of
    probation as stated in the judgment.

 X Special Assessment $ 10.00        , due   immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

At 12:10 p.m. court adjourned.


DATE:   November 2, 2006         DEPUTY CLERK'S INITIALS:   SCL