Samuel J. Fortier, Esq.
FORTIER & MIKKO, P.C.
Attorneys for Steven J. Nowatak
101 W. Benson Blvd. Suite 304
Anchorage, AK 99503
Telephone (907)277-4222
Facsimile: (907)277-4221
E-Mail:  sfortier@fotmikk.alaska.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. | ) Case No. 3:06-cr-0046-JDR |
| ) | |
| STEVEN JOHN NOWATAK, ) | |
| ) [PROPOSED] **ORDER** | |
| Defendant. ) **CORRECTING SENTENCE** | |
| ) | |

The Court having consider defendant Steven Nowatak's motion for an order correcting the sentence in this case on the grounds that a sentence of imprisonment <u>and</u> a sentence of probation constitute clear error; and the Court having heard and consider all opposition thereto;

**IT IS HEREBY ORDERED,** that defendant's motion is **GRANTED.**  Mr. Nowatak is entitled to be re-sentenced to either a 30-day term of imprisonment, or probation, but not both, pursuant to 18 U.S.C. 355(b).

1

` DATED this _____ day of _____, 2006.

_____
John D. Roberts
United States District Court Judge

CERTIFICATE OF SERVICE

I CERTIFY that on the ___ day of November, 2006, a copy of the foregoing was served electronically on

Bryan Schroder, Asst. U.S. Attorney

s/ Samuel J. Fortier