IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-cr-0046-JDR |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN JOHN NOWATAK, | ) | |
| | ) | |
| Defendants. | ) | **TRANSPORTATION ORDER** |
| | ) | (Docket Nos. 31 and 37) |

After due consideration of defendant Steven J. Nowatak's Motion for an Order for Transportation from Anchorage, Alaska, to Kokhanok, Alaska, after defendant's release from incarceration scheduled for December 2, 2006, said motion is hereby GRANTED.

The United States Marshal's Service is directed to provide transportation for defendant Steven J. Nowatak from Anchorage, Alaska, to Kokhanok, Alaska pursuant to Title 18 U.S.C. 4285.

DATED this 1st day of December, 2006.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge