PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.                                    Case No.    306-CR-00046-01-JDR

Stephen John Nowatak

It appearing that the above-named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on November 1, 2007. It is therefore recommended that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

/s/ Signature Redacted

Beth A. Mader                           Date
U.S. Probation/Pretrial Services
Officer

/s/ Signature Redacted

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _____ 1st _____ day of _____ November _____, 20 07 .

/s/ Signature Redacted

John D. Roberts
U.S. Magistrate Judge